IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 6:26cr427 |
| | ) | |
| v. | ) | 18 U.S.C. § 641 |
| | ) | 18 U.S.C. § 981(a)(1)(C) |
| VIRGINIA L. COOK | ) | 28 U.S.C. § 2461(c) |
| | ) | 42 U.S.C. § 408(a)(4) |
| | ) | |
| | ) | |
| | ) | **INDICTMENT** |

BACKGROUND

At times material to this indictment:

SUPPLEMENTAL SOCIAL SECURITY INCOME PROGRAM

1.      The Social Security Act established a number of programs, including the Old Age Survivors and Disability Insurance (OASDI) Program, that pay benefits to individuals who meet specific requirements.

2.      The Social Security Administration (SSA), an agency of the United States, administers the OASDI Program.

3.      OASDI benefits are funds of the United States paid from the SSA Retirement/Survivors Trust Fund and the Disability Trust Fund.

4.      The OASDI Program includes disability insurance, survivor benefits, and auxiliary benefits.

5.      Other persons, such as a spouse or widow/widower and minor children, may also be entitled to SSA benefits on the SSA record of the wage earner who is retired, disabled, or deceased.

1

6.      The SSA appoints a representative payee to manage SSA benefits for individuals unable to manage their own finances.

## THE SCHEME AND ARTIFICE

7.      On or about May 4, 2017, the Defendant, VIRGINIA L. COOK applied for and became the representative payee for OASDI auxiliary benefits for her two adopted minor sons, MC and JC.

8.      According to SSA guidelines communicated at the time of VIRGINIA L. COOK's appointment, and in numerous written communications over the next approximate seven years, representative payees must report, among other information, the child's or children's change of address or if the child or children leaves the representative payee's care or custody.

9.      On or about October 13, 2021, Pickens County Department of Social Services (DSS) took emergency protective custody of both MC and JC, removing them from VIRGINIA L. COOK's care and custody.

10.     Since October 13, 2021, MC and JC have been in either long term placement facilities, transitioning to, or eventually at home with their biological parents.

11.     However, since on or about October 13, 2021, through April 3, 2024, VIRGINIA L. COOK continued to receive OASDI auxiliary benefits for MC and JC despite not having custody of the children.

12.     From the time Pickens County DSS removed MC and JC from VIRGINIA L. COOK's home until SSA's Greenville Division Office discovered the removal, VIRGINIA L. COOK failed to disclose the custodial change to SSA. VIRGINIA L. COOK continued to collect MC's and JC's OASDI auxiliary benefits in an amount totaling approximately $47,809 per child, which resulted in a total overpayment of $95,618, an amount to which she was not entitled.

VIRGINIA L. COOK then used those fraudulently obtained funds to enrich herself.

## COUNT 1
(Theft of Government Property)

THE GRAND JURY CHARGES:

13.    Paragraphs 1 through 12 are incorporated herein by reference as describing a scheme and artifice to defraud.

14.    From on or about October 13, 2021, through on or about April 13, 2024, in the District of South Carolina, the Defendant, VIRGINIA L. COOK, willfully and knowingly did embezzle, steal, and purloin money of the Social Security Administration, a department or agency of the United States, namely, SSA auxiliary benefit payments to which she knew she was not entitled, having a value more than $1,000.

In violation of Title 18, United States Code, Section 641.

## COUNT 2
(SSA Auxiliary Benefit Fraud)

THE GRAND JURY FURTHER CHARGES:

15.    Paragraphs 1 through 12 are incorporated herein by reference as describing a scheme and artifice to defraud.

16.    From on or about October 13, through on or about April 13, 2024, in the District of South Carolina, the Defendant, VIRGINIA L. COOK, having knowledge of the occurrence of any event affecting her initial and continued right to any such benefit of any other individual on whose behalf she has applied for or is receiving such benefit, concealed and failed to disclose such event with an intent to fraudulently secure such benefit in either a greater amount or quantity than was due or when no such benefit was authorized.

All in violation of Title 42, United States Code, Section 408(a)(4).

3

## **FORFEITURE**

THEFT OF PUBLIC MONEY:

Upon conviction for violation of Title 18, United States Code, Section 641 as charged in this Indictment, the Defendant, VIRGINIA L. COOK, shall forfeit to the United States any property, real or personal, constituting, derived from, or traceable to proceeds the Defendant obtained directly or indirectly as a result of such offense.

PROPERTY:

Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), the property which is subject to forfeiture upon conviction of the Defendant for the violation charged in this Indictment includes, but is not limited to, the following:

Proceeds/ Forfeiture Judgment:

A sum of money equal to all proceeds the Defendant individually obtained directly or indirectly from the offense charged in the Indictment, that is, a minimum of approximately $95,618 in United States currency, and all interest and proceeds traceable thereto for his violation of 18 U.S.C. § 641.

SUBSTITUTE ASSETS:

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the Defendant –

(a)     cannot be located upon the exercise of due diligence;
(b)     has been transferred or sold to, or deposited with, a third person;
(c)     has been placed beyond the jurisdiction of the Court;
(d)     has been substantially diminished in value; or
(e)     has been comingled with other property which cannot be subdivided without difficulty;

4

it is the intent of the United States, pursuant to Title 18, United States Code, Section 982(b)(1), [incorporating Title 21, United States Code, Section 853(p)], to seek forfeiture of any other property of the said Defendant up to the value of the above forfeitable property.

Pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

A ___TRUE___ BILL

**FOREPERSON**

BRYAN P. STIRLING
UNITED STATES ATTORNEY

By: _____
Kerry B. McTigue ID No 7679
Special Assistant United States Attorney
1441 Main Street, Suite 500
Columbia SC 29201
Tel: (803)929-3065
Fax: (803)254-2912
Email: Kerry.mctigue@usdoj.gov